IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CORDELL STEWART,<br>Petitioner,<br>vs.<br>ROB JEFFREYS,<br>Respondent. | **8:26CV3**<br><br>**MEMORANDUM AND ORDER** |

This matter is before the Court on Petitioner's two Motions for Records, Filing No. 16; Filing No. 17, in which he requested nine additional records identified by the Court as Items 1 through 9, *see* Filing No. 18 at 4. For the reasons that follow, Petitioner's motions are denied as moot.

On July 17, 2026, the Court directed Respondent to file a response to Petitioner's Motions for Records with respect to Items 5 through 9[1] on or before August 17, 2026, and granted Petitioner a 60-day extension of time after the Court ruled on his Motions for Records to file his brief in opposition to Respondent's summary judgment motion. Filing No. 18. Respondent filed his timely response on August 17, 2026, Filing No. 19, and filed a Supplemental Designation of State Court Records in Support of Motion for Summary Judgment, Filing No. 20, which includes the documents corresponding to Items 5 through 9.

Upon review, all the additional records Petitioner sought in his Motions for Records are now clearly contained within the record and available to the Court. *See*

[1] As the Court previously found, Items 1 through 4 are already contained within Respondent's Designation of State Court Records. *See* Filing No. 18 at 5.

Filing No. 12-3 at 9–14; Filing No. 20-1; Filing No. 20-2; Filing No. 20-3; Filing No. 20-4; Filing No. 20-5. Accordingly,

IT IS ORDERED that:

1. Petitioner's Motions for Records, Filing No. 16; Filing No. 17, are denied as moot.

2. Petitioner shall have until **October 26, 2026**, to file and serve his brief in opposition to Respondent's summary judgment motion.

3. The Clerk of Court is directed to set a pro se case management deadline using the following text: **October 26, 2026**: deadline for Petitioner's brief.

Dated this 26th day of August, 2026.

BY THE COURT:

Joseph F. Bataillon
Senior United States District Judge