IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

CORDELL STEWART,

Petitioner,

vs.

ROB JEFFREYS,

Respondent.

**8:26CV3**

**MEMORANDUM AND ORDER**

This matter is before the Court on Petitioner's motion for extension of time filed on October 26, 2026. Filing No. 26. Petitioner requests a 30-day extension of time to file his brief in response to Respondent's answer. However, Petitioner filed two identical briefs in response to Respondent's answer and addressing the statute of limitations issue presented in Respondent's summary judgment motion on October 22, 2026, and October 26, 2026, respectively. Filing No. 24; Filing No. 25. Because Petitioner's briefs were timely filed by the October 26, 2026, deadline,

IT IS ORDERED that:

1. Petitioner's motion for extension of time, Filing No. 26, is denied as moot.

2. The Clerk of Court is directed to set a pro se case management deadline using the following text: **November 25, 2026**: deadline for Respondent's reply brief.

Dated this 26th day of October, 2026.

BY THE COURT:

Joseph F. Bataillon
Senior United States District Judge